1  H. Steven Schiffres, Esq., SBN 72540
   Robert M. Barta, Esq., SBN 108205
2  ROSOFF, SCHIFFRES & BARTA
   11755 Wilshire Boulevard, Suite 1450
3  Los Angeles, California 90025
   Telephone:  (310) 479-1454
4  Facsimile:  (310) 478-1439

5  Attorneys for Defendants/Petitioners
    PRINIR (HADAS 1987 LTD., an Israeli Company;
6  JACOB CHESKALA, individually

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA - SANTA CRUZ DIVISION

10

11 SUNOPTA GLOBAL ORGANIC )   CASE NO.: 5:08-cv-4851
   INGREDIENTS, INC., a California )
12 corporation,                  )   Assigned to Hon. Patricia V. Trumbull
                                 )
13         Plaintiff/Respondent, )   STIPULATION TO SET ASIDE ENTRY OF
                                 )   DEFAULT AGAINST DEFENDANTS;
14    v.                         )   [xxxxxxxxxxx] ORDER THEREON
                                 )
15 PRINIR (HADAS 1987) LTD., an Israeli )
   Company; JACOB CHESKALA, an )
16 Individual; and DOES 1-50, Inclusive, )
                                 )
17        Defendants/Petitioners. )
                                 )
18 _____ )

19

20    THIS STIPULATION IS ENTERED INTO BY AND BETWEEN Plaintiff SUNOPTA

21 GLOBAL ORGANIC INGREDIENTS, INC., a California corporation ("Plaintiff"), on the one

22 hand, and Defendants PRINIR (HADAS 1987) LTD., an Israeli company, and JACOB

23 CHESKALA, PRINIR's managing director, an individual (collectively "Defendants"), on the other

24 hand, through their respective undersigned counsel of record that good cause exists to set

25 aside the default of Defendants based on the following facts.

26    A.    Defendants were purportedly served with the summons and complaint on March

27 11, 2009 in Lower Galilee Israel.

28    B.    On that same date, March 11, 2009, Defendant Jacob Cheskala was hospitalized

and admitted to the Cardio Thoracic Intensive Care Unit of the Rabin Medical Center, Petach Tikva, Israel. He subsequently had open heart surgery and is still in the hospital. A true and correct copy of a letter dated April 23, 2009 from Dr. Biderman Philippe M.D., Mr. Cheskala's doctor, confirming his hospitalization is attached hereto and incorporated herein as Exhibit A.

    C.    As a consequence of Mr. Cheskala's incapacity due to his medical condition and hospitalization, Defendants were unable to obtain counsel to defend this matter until just recently, when Mr. Cheskala's wife contacted and engaged Defendants' counsel herein. However, by the time Defendants' counsel contacted Plaintiff's counsel, the defaults of Defendants had already been entered by the Clerk on April 14, 2009 and filed on April 15, 2009.

    D.    On April 15, 2009, Plaintiff submitted an Amended Request for Entry of Default against Defendants, which was entered on April 28, 2009.

Given the forgoing facts, good cause exists to set aside any defaults entered against the Defendants.

WHEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. The Defendants' defaults, entered by the Clerk on April 14, 2009 and filed on April 15, 2009 in the above-entitled action, shall be and are hereby vacated, set aside and of no further force or effect.

2. Any defaults of Defendants entered by the Clerk pursuant to Plaintiff's Amended Request for Entry of Default submitted on April 15, 2009, shall be and are hereby vacated, set aside and of no further force or effect.

3. Defendants' Response to the First Amended Complaint shall be filed and served not later than twenty (20) days after service of Notice of Entry of the Court's Order setting aside the Defendants' default.

///
///
///

| | | |
|---|---|---|
| 1 | Dated: April 29, 2009 | HANEY, BUCHANAN & PATTERSON L.L.P. |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Steven H. Haney<br>Bruce A. Fields |
| 5 | | Attorneys for Plaintiff Sunopta Global Organic Ingredients, Inc. |
| 6 | | |
| 7 | Dated: April 28, 2009 | ROSOFF, SCHIFFRES & BARTA |
| 8 | | |
| 9 | | By: _____ |
| 10 | | H. Steven Schiffres<br>Robert M. Barta |
| 11 | | Attorneys for Defendants Prinir (Hadas 1987) Ltd. and Jacob Cheskala |

## ORDER

IT IS SO ORDERED.

Dated: May 5, 2009

By: _____
Magistrate Judge of United States District Court

M:\CLIENTS\Organic Ingredients\Organic Ingredients v. Prinir\Pleadings\Stip to set aside defaults.wpd

---

3

STIPULATION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANTS; [PROPOSED] ORDER