UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRINIR (HADAS 1987) LTD AND JACOB CHESKALA,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>SUNOPTA GLOBAL ORGANIC INGREDIENTS, INC.,<br><br>　　　　　　Defendant.<br>_____ | Case No.: C 08-4851 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

　　　　On May 26, 2009, defendant Sunopta Global Organic Ingredients, Inc. filed a petition for order compelling mediation and arbitration and a motion to stay. This case has been assigned to a Magistrate Judge. Before the court takes any action on the petition and motion to stay, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

　　　　IT IS HEREBY ORDERED that no later than June 9, 2009, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

1 | website located at www.cand.uscourts.gov.

2 | Dated: May 27, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge