1  STEVEN H. HANEY, SBN 121980
   BRUCE A. FIELDS, SBN 102426
2  HANEY, BUCHANAN & PATTERSON L.L.P.
   707 Wilshire Boulevard, Fifty-Third Floor
3  Los Angeles, California 90017
   Telephone: 213-228-6500
4  Facsimile: 213-228-6501
   E-mail: shaney@hbplaw.com;
5  bfields@hbplaw.com

6  Attorneys for Plaintiff/Respondent
   Sunopta Global Organic Ingredients,
7  Inc., a California Corporation

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SANTA CRUZ DIVISION

11  SUNOPTA GLOBAL ORGANIC            CASE NO. 5:08-cv-4851
    INGREDIENTS, INC., a California    Hon. Judge Patricia V. Trumbull
12  corporation,
                                       STIPULATION AND [xxxxxxxxxxxx
13         Plaintiff/Respondent,       ORDER SELECTING ADR PROCESS

14    v.

15  PRINIR (HADAS 1987) LTD., an
    Israeli Company,; JACOB
16  CHESKALA, an Individual, and
    DOES 1 - 50, Inclusive,
17
           Defendants/Petitioners.
18

19

20       Counsel report that they have met and conferred regarding ADR and have reached

21  the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

22

23       The parties agree to participate in the following ADR Process:

24  **Private Process:**

25

26       Private ADR: IMAC, 24955 Pacific Coast Highway, Suite CB02, Malibu,

27  California 90265. –

28

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS

Counsel for Defendant Prinir and Cheskala has not yet received authority to agree to IMAC's condition that a representative of Defendants appear in person at the Mediation as opposed to being available via video conference or other electronic means (Defendants reside in Israel). - if not IMAC, Defendants do stipulate to Private Mediation thru such recognized providers as JAMS or ADR. Plaintiff Sunopta Global Organic Ingredients, Inc. will not agree to Defendants' participation at Mediation without Defendants' having a personal representative with authority physically present at the Mediation. The Agreement attached as Exhibit "A" to the First Amended Complaint, at paragraph 23 therein specifies that the mediation between the parties herein will be located at IMAC in Malibu, California, under its Mediation rules.

The parties are unable to advise the Court at this time as to the timing of the ADR session as it is unclear whether an effective Mediation can be conducted prior to deposition testimony be taken. Once initial disclosures are tendered and a review of the documents of the respective parties have been undertaken, Counsel will revisit this issue and advise the Court at the time of the initial status conference on the timing of the Mediation.

HANEY, BUCHANAN & PATTERSON, LLP

Dated: June 4, 2009     By: _____
                            Bruce A. Fields
                            Attorneys for Petitioner/Respondent
                            Sunopta Global Organic Ingredients, Inc.

ROSOFF SCHIFFRES & BARTA

Dated: June 4, 2009     By: _____
                            H. Steven Schiffres
                            Attorneys for Defendants
                            Prinir (Hadas 1987) LTD and Jacob Cheskala

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS                    - 2 -

1
2  IT IS SO ORDERED.
3  Dated: June 5, 2009          *Patricia V. Trumbull*
                                _____
4                               Hon. Patricia V. Trumbull
                                Magistrate Judge, U.S. District Court
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HANEY, BUCHANAN & PATTERSON L.L.P.
707 WILSHIRE BOULEVARD
FIFTY-THIRD FLOOR
LOS ANGELES, CALIFORNIA 90017
(213) 228-6500

Case 5:08-cv-04548-PVP-PSG Document 46-48 Filed 06/05/2009 Page 3 of 3