STEVEN H. HANEY, SBN 121980
BRUCE A. FIELDS, SBN 102426
HANEY, BUCHANAN & PATTERSON L.L.P.
707 Wilshire Boulevard, Fifty-Third Floor
Los Angeles, California 90017
Telephone:  213-228-6500
Facsimile:   213-228-6501
E-mail:       **shaney@hbplaw.com;**
**bfields@hbplaw.com**

Attorneys for Plaintiff/Respondent
Sunopta Global Organic Ingredients,
Inc., a California Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA CRUZ DIVISION

| | |
|---|---|
| SUNOPTA GLOBAL ORGANIC INGREDIENTS, INC., a California corporation,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>PRINIR (HADAS 1987) LTD., an Israeli Company,; JACOB CHESKALA, an Individual, and DOES 1 - 50, Inclusive,<br><br>Defendants/Petitioners. | CASE NO. 5:08-cv-4851<br>Hon. Judge Patricia V. Trumbull<br><br>REQUEST TO THE COURT TO CONTINUE THE CASE MANAGEMENT CONFERENCE; [xxxxxxxxxxxxx]ORDER |

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:

Plaintiff SUNOPTA GLOBAL ORGANIC INGREDIENTS, INC. respectfully requests that the Court continue the case management conference in this matter from the date presently scheduled, June 30, 2009, for two weeks to July 14, 2009, the date of the hearing of the defendants' motion to stay the action pending mediation and arbitration.

Steven H. Haney, trial counsel for plaintiff, has a previously scheduled, pre-paid vacation abroad with his family commencing on June 13, 2009 and will not return to the

United States until the evening of June 29, 2009. The Court has denied plaintiff's counsel's request to appear telephonically at the case management conference and the appearance before the Court on June 30, 2009 will create an undue hardship due to the travel and time change.

Counsel for plaintiff has conferred with the defendants' counsel and defendants' counsel is agreeable to the continuance of the case management conference to July 14, 2009.

Therefore, plaintiff's trial counsel respectfully requests that this Court continue the case management conference to July 14, 2009 at 10:00 a.m.

Respectfully submitted,

HANEY, BUCHANAN & PATTERSON, LLP

Dated: June 12, 2009        By: _____
                            Bruce A. Fields
                            Attorneys for Petitioner/Respondent
                            Sunopta Global Organic Ingredients, Inc.

IT IS ORDERED that:

The case management conference is continued to July 14, 2009 at 10:00 a.m.

Dated: June 15, 2009        _____
                            Hon. Patricia V. Trumbull
                            Magistrate Judge, U.S. District Court

REQUEST TO THE COURT TO CONTINUE
THE CASE MANAGEMENT CONFERENCE          - 2 -