UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SUNOPTA GLOBAL ORGANIC INGREDIENTS, INC., | ) ) ) | Case No.: C 08-04851 PVT |
| Plaintiff, | ) ) | **ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |
| v. | ) ) | |
| PRINIR (HADAS 1987), LTD., ET AL., | ) ) | |
| Defendants. | ) ) | |

On May 26, 2009, plaintiff Sunopta Global Organic Ingredients, Inc. filed a petition for order compelling mediation and arbitration and motion to stay. On May 27, 2009, this court had ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than June 9, 2009. ("May 27, 2009 Order"). All of the parties have not consented (or otherwise responded to the May 27, 2009 Order) to jurisdiction of this court. Accordingly, the

1  above-captioned action shall be reassigned to a district court judge.

2      IT IS SO ORDERED.

3  Dated:     June 25, 2009

                                     PATRICIA V. TRUMBULL
                                     United States Magistrate Judge