UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SUNOPTA GLOBAL ORGANIC INGREDIENTS, INC., | ) ) ) | Case No.: C 08-04851 PVT |
| Plaintiff, | ) ) | **ORDER VACATING ORDER FOR REASSIGNMENT TO DISTRICT COURT JUDGE** |
| v. | ) ) | |
| PRINIR (HADAS 1987), LTD., ET AL., | ) ) | |
| Defendants. | ) ) | |

All parties having consented to jurisdiction by a magistrate judge, the order for reassignment to a district court judge is vacated. *See* 28 U.S.C. § 636.

IT IS SO ORDERED.

Dated:   June 30, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*