UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNOPTA GLOBAL ORGANIC INGREDIENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRINIR (HADAS 1987), LTD., ET AL., <br><br> Defendants. | Case No.: C 08-04851 PSG <br><br> **ORDER TO SHOW CAUSE** |

On July 9, 2009, the court granted Defendants' petition for an order compelling mediation and arbitration and Defendants' motion to stay. *See* Order Granting Defendants' Motion to Compel Mediation and Arbitration; and Order Granting Defendants' Motion to Stay dated July 9, 2009. (Docket No. 60). The court further ordered the parties to file a status report every 180 days from the date of the order. To date, the parties have not filed any status reports whatsoever. Accordingly,

IT IS HEREBY ORDERED that Plaintiff is ordered to show cause in writing no later than February 15, 2011 why the case should not be dismissed, and sanctions not imposed, for failure to provide status reports as ordered.

IT IS SO ORDERED.

Dated: February 4, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*