1  STEVEN H. HANEY, SBN 121980
   HANEY, RODERICK, TORBETT & ARNOLD, LLP
2  1055 West Seventh Street, Suite 1950
   Los Angeles, California 90017
3  Telephone: 213-228-6500
   Facsimile: 213-228-6501
4  E-mail:    shaney@hrtalaw.com

5  Attorneys for Plaintiff/Respondent
   Sunopta Global Organic Ingredients,
6  Inc., a California Corporation

7                UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10

11 SUNOPTA GLOBAL ORGANIC              CASE NO. 5:08-cv-4851
   INGREDIENTS, INC., a California     Hon. Paul S. Grewal
12 corporation,

13         Plaintiff/Respondent,       STIPULATION OF VOLUNTARY
                                       DISMISSAL OF DEFENDANTS
14    v.                               PRINIR LTD., JACOB
                                       CHESKALA, AND DOES 1-50
15 PRINIR LTD., an Israeli Company,;
   JACOB CHESKALA, an Individual,
16 and DOES 1 - 50, Inclusive,

17

18         Defendants/Petitioners.

19

20

21

22    TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

23    This Stipulation and [Proposed] Order is hereby submitted jointly by Plaintiff

24 Sunopta Organic Ingredients and Prinir Ltd., and Jacob Cheskala for approval by the

25 Court.

26    Whereas the parties hereto have entered into a Settlement and Mutual Release

27 Agreement under which all pending claims be dismissed with prejudice;

28    Whereas the case entitled *Sunopta v. Prinir*, Case No. 5:08-cv-4851PSG has

Stipulation for Voluntary Dismissal.

1  been stayed by the Court pending the outcome of a pending Arbitration;

2  Whereas the Settlement between the parties led to a dismissal of that
3  Arbitration;

4  Whereas the parties have agreed that the current lawsuit pending before this
5  Court should also be dismissed.

6  It is hereby stipulated and agreed by the parties, by and through their respective
7  counsel of record, that the case entitled *Sunopta v. Prinir*, Case No. 5:08-cv-4851PSG
8  is hereby dismissed with prejudice.

9

10                                         HANEY, RODERICK, TORBETT & ARNOLD, LLP

11  Dated: May 25, 2011              By: _____
12                                         Steven H. Haney
13                                         Attorneys for Plaintiff
                                           Sunopta Global Organic Ingredients, Inc.
14

15

16                                         ROSOFF SCHIFFRES & BARTA

17

18  Dated: May 25, 2011              By: _____
19                                         Robert M. Barta
                                           Attorneys for Defendants
20                                         Prinir (Hadas 1987) LTD and Jacob Cheskala

21

22                                         O R D E R

23  **IT IS SO ORDERED.**
24

25  Dated:   May 31, 2011            By:
26                                         _____
                                           Judge of United States District Court
27

28

Stipulation for Voluntary Dismissal.

- 2 -